BEFORE THE FIRST DIVISION, JULY 6, 1950

**No. 54529.**—The Hipage Company, Inc. *v.* United States, petition 6719–R (Norfolk).

Opinion by COLE, J.   The petition was dismissed.

JULY 3, 1950

**No. 54530.**—SUIT 4630.—United States *v.* Edward H. Corrigan. Abstract 53222 reversed May 9, 1950.   C. A. D. 434.

BEFORE THE FIRST DIVISION, JULY 11, 1950

**No. 54531.**—Southern Cross Exporters, Inc. *v.* United States, protest 144804–K (New York).

Opinion by COLE, J.   An oral stipulation showing that the merchandise in question was not "pickled or salted," but "in fact dried and unsalted," the claim of the plaintiff was sustained.